NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TAVARIS McKINNIE, DC #T56670,          )
                                       )
          Appellant,                   )
                                       )
v.                                     )     Case No. 2D18-4331
                                       )
STATE OF FLORIDA,                      )
                                       )
          Appellee.                    )
_____    )

Opinion filed August 14, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County, Christopher C. Sabella,
Judge.

Tavaris McKinnie, pro se.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


          Affirmed.


KELLY, SLEET, and ROTHSTEIN-YOUAKIM, JJ., Concur.